Opinion issued November 10, 2010

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court
of Appeals

For The

First District
of Texas

————————————

NO. 01-10-00571-CV

———————————

MARTHA
COOK HARDESTY, Appellant

V.

DARRELL WADE, Appellee



 



 

On Appeal from the 410th District Court[1] 

Montgomery County, Texas



Trial
Court Cause No. 09-04-03675-CV

 



 

MEMORANDUM
OPINION

 

Appellant has filed an unopposed motion to dismiss
the appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Keyes, Higley, and Bland.











[1]
              This
appeal was transferred from the Ninth Court of Appeals to the First Court of
Appeals pursuant an order of transfer by the Texas Supreme Court.